# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| -vs-   ) | No. CR-20-231-C |
| ) | |
| JACOB BAILEY CARY,   ) | |
| ) | |
| Defendant.   ) | |

## FINAL ORDER OF FORFEITURE

The Court has reviewed the United States' Motion for a Final Order of Forfeiture (Doc. No. 58). The Court finds:

Pursuant to Title 18, United States Code, Section 924(d), and Rule 32.2(b)(2), Federal Rule of Criminal Procedure, this Court entered a Preliminary Order of Forfeiture based on defendant's plea providing for the forfeiture of defendant's right, title and interest in the below-described property, and the Court's finding of requisite nexus between the property and the offense committed by the defendant.

a. Interdynamic, Model: KG-99, 9mm Luger caliber pistol, S/N 16678;

b. Springfield Armory made by H.S. Produkt, Model: XDs, .45 ACP caliber pistol, S/N HG110885;

c. Glock, Model: 42, 380 AUTO caliber pistol, S/N ABCZ804;

d. Glock, Model: 26, 9mm Luger caliber pistol, S/N XCY600;

e. Taurus PTII , G2, 9mm, S/N TKR0081;

f. Advanced Combat AC15-1, pistol, S/N AC0192;

    g. Smith and Wesson, Model 4006, pistol, S/N TBH3032;

    h. Smith and Wesson, Model 6906, semi-automatic pistol, S/N BAW2710;

    i. Walther P22, semi-automatic pistol, S/N L287806;

    j. Walther P22, semi-automatic pistol, S/N Z227512;

    k. Makorov pistol HK24709 (9x18mm), S/N BMK01227;

    l. Springfield XD9 9mm pistol, S/N XD217366;

    m. Ruger P95, pistol, S/N 31800648;

    n. Glock 43X, 9mm pistol, S/N BLLU526;

    o. Ruger 22/45 semi-automatic pistol, S/N 22067976;

    p. Palmetto State Armory, PA-15 J.56 caliber, pistol, S/N SCD027215; and

    q. any and all ammunition or magazines not specifically listed herein.

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for thirty (30) consecutive

days beginning on July 10, 2021 and August 24, 2021, and ending on July 8, 2021 and September 22, 2021, for at least 18 hours per day.  (*See* Doc. Nos. 58-1 and 58-2).  A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

    (a)    David R. Slane, attorney representing the defendant, by Notice of Electronic Filing on January 20, 2021 (Doc. No. 55); and

    (b)    Jacob Bailey Cary, defendant, personally served via USMS, on February 5, 2021.  *See* Doc. No. 58-3, USM-285 – Process Receipt and Return.

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of 21 U.S.C. § 853(n).  Therefore, any third-party interests are barred by failure of those parties to file a petition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including, Jacob Bailey Cary, and shall be disposed of according to law.

That upon entry of this order, the Bureau of Alcohol, Tobacco, Firearms and Explosives or other appropriate federal agency, is directed to deliver the above-described property to the United States of America for disposition according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

**IT IS SO ORDERED** this 2nd day of November 2021.

*[Signature]*
ROBIN J. CAUTHRON
United States District Judge